IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONG LAI,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | No. C 13-05183 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 9, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 13, 2014.

DESIGNATION OF EXPERTS: 5/16/14; REBUTTAL: 6/20/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 25, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by August 8, 2014;

    Opp. Due August 22, 2014; Reply Due August 29, 2014;

    and set for hearing no later than September 12, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 4, 2014 at 3:30 PM.

JURY TRIAL DATE: November 17, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures were provided on 2/25/14 and plaintiff is going through another IME. Counsel shall know whether or not settlement discussion will be productive after getting the IME results.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/26/14

                                                      _____
                                                      SUSAN ILLSTON
                                                      United States District Judge