MARGIE LARIVIERE (SBN: 172975)
mlariviere@gordonrees.com
MICHAEL PURSELL (SBN: 278869)
mpursell@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
NORTHWESTERN MUTUAL and
THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY

RAY BOURHIS (SBN: 53196)
ALEXANDER MACDOUGALL (SBN: 286774)
RAY BOURHIS ASSOCIATES
12 Funston Avenue
San Francisco, CA 94129
Tel: (415)392-4660
Facsimile: (415)421-0259

Attorneys for Plaintiff
ANAREGHINA WONG LAI

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAREGHINA WONG LAI,<br><br>           Plaintiff,<br><br>     vs.<br><br>NORTHWESTERN MUTUAL;<br>NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY, and DOES 1<br>through 50, inclusive,<br><br>           Defendants. | CASE NO. 13-cv-05183-SI<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  February 28, 2013 |

Plaintiff, ANAREGHINA WONG LAI ("Plaintiff"), and Defendant THE NORTHESTERN MUTUAL LIFE INSURANCE COMPANY ("Northwestern") (collectively "Parties"), by and through their respective counsel of record, hereby stipulate to continue the

-1-
STIPULATION TO CONTINUE HEARING OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

1  hearing on Northwestern's Motion for Summary Judgment or, in the Alternative, Partial

2  Summary Judgment from June 27, 2014 to August 1, 2014.  The Parties so stipulate based on the

3  Court continuing the hearing date to July 11, 2014, and counsel's unavailability on that date.

4      The Parties respectfully request that the Court continue the Case Management

5  Conference from August 22, 2014 to September 1, 2014 with the supplemental joint case

6  management statement due ten days prior to the Case Management Conference.

7      IT IS SO STIPULATED

9  Dated:  June 5, 2014      RAY BOURHIS ASSOCIATES

11      By: _/s/ Ray Bourhis_____
12      Ray Bourhis
    Alexander MacDougall
    Attorneys for Plaintiff
13      ANAREGHINA WONG LAI

15  Dated:  June 5, 2014      GORDON & REES LLP

17      By: _/s/ Margie R. Lariviere_____
    Margie R. Lariviere
    Attorneys for Defendants
18      NORTHWESTERN MUTUAL and
    THE NORTHWESTERN MUTUAL LIFE
19      INSURANCE COMPANY

22  IT IS SO ORDERED:

24  Date: __6/6_____, 2014

    Susan Illston
    United States District Judge

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-
STIPULATION TO CONTINUE HEARING OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT