IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAREGHINA WONG LAI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NORTHWESTERN MUTUAL, *et al.*,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 13-5183 SI<br><br>**ORDER RE: PLAINTIFF'S<br>VIDEOTAPED DEPOSITION** |

　　　Defendant's motion for summary judgment is scheduled for a hearing on August 22, 2014. Plaintiff's opposition brief refers to plaintiff's videotaped deposition, and states that the DVD is attached to the opposition. However, it does not appear that plaintiff actually filed a copy of the DVD, and the Court has been unable to locate the DVD. The Court directs plaintiff to file a copy of the videotaped deposition by **August 11, 2014**.

　　　**IT IS SO ORDERED.**

Dated: August 6, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE