1  RAY BOURHIS (SBN: 53196)
   RACHEL RIVERS (SBN: 291283)
2  RAY BOURHIS ASSOCIATES
   12 Funston Avenue
3  The Presidio of San Francisco
   San Francisco, CA 94129
4  Tel: (415) 392-4660
   Facsimile: (415) 421-0259
5
   Attorneys for Plaintiff
6  ANAREGHINA WONG LAI

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANAREGHINA WONG LAI, | CASE NO. 13-cv-05183-SI |
| Plaintiff, | **ANAREGHINA WONG LAI'S MOTION IN LIMINE NO. 5 – TO ALLOW PLAINTIFF TO INCLUDE BOTH DR. WILLIAMS' INITIAL AND SUPPLEMENTAL REPORTS AT TRIAL** |
| vs. | |
| NORTHWESTERN MUTUAL and NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | Pretrial Conf: November 3, 2014 |
| | Time: 3:30 p.m. |
| Defendants. | Courtroom: 10, 19th Floor |
| | Complaint Filed: February 28, 2013 |
| | Removal Filed: November 6, 2013 |
| | Trial Date: November 17, 2014 |

**Motion to Allow Plaintiff to Include Both of Dr. Williams' Initial and Supplemental Reports at Trial**

-1-
ANAREGHINA WONG LAI'S MOTION IN LIMINE NO. 5- TO ALLOW PLAINTIFF TO INCLUDE BOTH DR. WILLIAMS' INITIAL AND SUPPLEMENTAL REPORTS AT TRIAL
CASE NO. 13-CV-05183-SI

The plaintiff respectfully moves the Court *in Limine* to allow for both Dr. William's initial and supplemental reports to be included at trial, and that he be permitted to base his testimony on the contents of both reports.

                                              Respectfully submitted,

Dated:  October 27, 2014            RAY BOURHIS ASSOCIATES

                                              By:   */s/ Ray Bourhis* _____
                                                    Ray Bourhis
                                                    Attorneys for Plaintiff
                                            ANAREGHINA WONG LAI

-2-
ANAREGHINA WONG LAI'S MOTION IN LIMINE NO. 5- TO ALLOW PLAINTIFF TO INCLUDE BOTH DR. WILLIAMS' INITIAL AND SUPPLEMENTAL REPORTS AT TRIAL
CASE NO. 13-CV-05183-SI

1088187/21154923v.1